**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-1064**

_____

TANJA J. CHRISTIAN,

                                    Plaintiff - Appellant,

        versus

SO & KIM, INCORPORATED, d/b/a Chesapeake Bay
Seafood House,

                                    Defendant - Appellee,

        and

HUI YOUNG SO, in his individual capacity;
MELODY COE, in her individual capacity,

                                    Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   David G. Lowe, Magistrate
Judge.  (CA-03-505-3)

_____

Submitted:  July 29, 2004          Decided:  August 3, 2004

_____

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Owaiian M. Jones, Corey L. Poindexter, LAW OFFICES OF OWAIIAN M.
JONES, Fredericksburg, Virginia, for Appellant.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tanja J. Christian appeals the magistrate judge's order[*] dismissing her employment discrimination complaint, filed on June 26, 2004, as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See <u>Christian v. So & Kim, Inc.</u>, No. CA-03-505-3 (E.D. Va. Nov. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

- 3 -